UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 24, 2019

No. <u>18-1688</u>

E. D.

v.

DANIEL SHARKEY; BERKS COUNTY RESIDENTIAL CENTER IMMIGRATION
FAMILY CENTER, (BCRC-IFC); COUNTY OF BERKS, PENNSYLVANIA;
DIANE EDWARDS, DIRECTOR OF BCRC-IFC; JOHN BEHM;
JAMIE HIMMELBERGER; BRITTNEY ROTHERMEL; ERIKA TAYLOR;
MATTHEW MALINOWSKI; JEREMIAH/JOSH PETRY, ICE EMPLOYEE

COUNTY OF BERKS, PENNSYLVANIA; DIANE EDWARDS, DIRECTOR OF
BCRC-IFC; JAMIE HIMMELBERGER; BRITTNEY ROTHERMEL; ERIKA
TAYLOR; MATTHEW MALINOWSKI,
Appellants

(E.D. Pa. No. 5-16-cv-02750)

Present:  SMITH, <u>Chief Judge</u>, AMBRO & RESTREPO, <u>Circuit Judges</u>

1. Motion by Appellee E. D. for attorney fees in the amount of $41,012.50.

2. Response filed by Appellants County of Berks, Diane Edwards, Jamie
   Himmelberger, Brittney Rothermel, Matthew Malinowski and Erika Taylor to
   motion for attorney fees.

3. Reply by Appellee E. D. to Appellants' Response to motion for attorney fees.

4. Motion filed by Appellee E. D. for Extension of Time to file Petition for
   Award of Attorneys' Fees until 09/20/2019.

5. Response filed by Appellants County of Berks, Diane Edwards, Jamie
   Himmelberger, Brittney Rothermel, Erika Taylor and Matthew Malinowski to
   Motion for extension of time to file Motion for attorney fees.

6. Stipulation for Withdraw of Motion for Attorney Fee by Matthew J. Connell on
   behalf of  Appellee E. D. and Appellants County of Berks, Diane Edwards,

Jamie Himmelberger, Matthew Malinowski, Brittney Rothermel and Erika Taylor.

Respectfully,
Clerk/JK

ORDER

The withdraw of the motion for attorney fee is hereby granted.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated:  June 16, 2021
JK/cc: All Counsel of Record