UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-1688
_____

E. D.

v.

DANIEL SHARKEY; BERKS COUNTY RESIDENTIAL CENTER IMMIGRATION FAMILY CENTER, (BCRC-IFC); COUNTY OF BERKS, PENNSYLVANIA; DIANE EDWARDS, DIRECTOR OF BCRC-IFC; JOHN BEHM; JAMIE HIMMELBERGER; BRITTNEY ROTHERMEL; ERIKA TAYLOR; MATTHEW MALINOWSKI; JEREMIAH/JOSH PETRY, ICE EMPLOYEE


COUNTY OF BERKS, PENNSYLVANIA; DIANE EDWARDS, DIRECTOR OF BCRC-IFC; JAMIE HIMMELBERGER; BRITTNEY ROTHERMEL; ERIKA TAYLOR; MATTHEW MALINOWSKI,
Appellants
_____

E.D. Pa. No. 5-16-cv-02750
_____

SUR PETITION FOR REHEARING
_____

Before: SMITH, *Chief Judge*, McKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, and MATEY, *Circuit Judges*

    The petition for rehearing filed by appellants in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ L. Felipe Restrepo
Circuit Judge

Date: August 13, 2019